**Maximo Roman Perez ROBLERO**
**Petitioner**

v.

**Loretta E. LYNCH, Attorney General of the United States Respondent**

**No. 15–3770**

United States Court of Appeals, Eighth Circuit.

Submitted: July 20, 2016

Filed: July 25, 2016

---

Joseph Lopez Wilson, Omaha, NE, for, Petitioner

Karen Yolanda Drummond, Gregory Michael Kelch, Carl H. McIntyre, Civil Division, Office of Immigration Litigation, Washington, DC, Susan Bennett Green, Trial Attorney, Washington, DC, for Respondent

Before LOKEN, BENTON, and KELLY, Circuit Judges.

PER CURIAM.

Guatemalan citizen Maximo Roman Perez Roblero petitions for review of an order of the Board of Immigration Appeals upholding an immigration judge's denial of petitioner's application for asylum and withholding of removal.[1] After careful consideration, we conclude that substantial evidence on the record as a whole supports the agency's determination, see Quinonez–Perez v. Holder, 635 F.3d 342, 344 (8th Cir. 2011), because petitioner failed to establish that the alleged past persecution, or the alleged fear of future persecution, was on account of a protected asylum ground, see Gaitan v. Holder, 671 F.3d 678, 682 (8th Cir. 2012); Ortiz–Puentes v. Holder, 662 F.3d 481, 483–84 (8th Cir. 2011). Petitioner asks us to reconsider our position on gang recruitment and particular social groups, but any such request must be directed to this court sitting en banc. See Gaitan, 671 F.3d at 681; United States v. Wright, 22 F.3d 787, 788 (8th Cir. 1994).

The petition for review is denied. See 8th Cir. R. 47B.

---

1. Petitioner also sought protection under the Convention Against Torture, but that ruling is not before us. See Wanyama v. Holder, 698 F.3d 1032, 1035 n.1 (8th Cir. 2012).